**Order entered June 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00199-CV

**BOARD OF ADJUSTMENT OF THE CITY OF DALLAS, Appellant**

**V.**

**BILLINGSLEY FAMILY LIMITED PARTNERSHIP, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14095-L**

## ORDER

We **GRANT** appellant's May 24, 2013 motion for leave to file a reply to appellee's post-submission brief. Appellant's reply brief received on May 24, 2013 is **ORDERED** filed as of the date of this order.

/s/ DAVID EVANS
   JUSTICE